PER CURIAM.

Having entered his plea of guilty before the court, appellant was convicted of the offense of murder without malice; the punishment assessed, 5 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

PER CURIAM.

The offense is driving while license suspended; the punishment, a fine of $25.

The record is before the Court without a statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Milton Henry BROWN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28363.**

Court of Criminal Appeals of Texas.

June 6, 1956.

**Shirley LASKER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28331.**

Court of Criminal Appeals of Texas.

May 23, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.